| | |
|---|---|
| 1 | DENISE EATON MAY (State Bar No. 116780) |
| | LAW OFFICES OF DENISE EATON MAY |
| 2 | 1290 B Street, Ste 120 |
| | Hayward, CA 94541 |
| 3 | Telephone: (510) 888-1345 |
| | Facsimile:  (510) 315-3015 |
| 4 | d.may@eaton-maylaw.com |
| 5 | |
| | Attorneys for Plaintiff |
| 6 | ELIZABETH TUCKWELL |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ELIZABETH TUCKWELL,

        Plaintiff,

vs.

CALIFORNIA DEPARTMENT OF SOCIAL SERVICES,

        Defendant.

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

**JOINT STIPULATION TO CONTINUE SETTLEMENT CONFERENCE AND [PROPOSED] ORDER TO CONTINUE SETTLEMENT CONFERENCE**

Case No. 14-CV-04529-PJH
Case Filed: July 17, 2014

Date:   March 4, 2015
Time:  11:00 AM
Judge:  Hon. Kandis A. Westmore

**TO THE HONORABLE KANDIS A. WESTOMORE, DEFENDANT AND THEIR ATTORNEY OF RECORD:**

    By and through their respective counsel, Plaintiff ELIZABETH TUCKWELL ("Plaintiff") and Defendant CALIFORNIA DEPARTMENT OF SOCIAL SERVICES ("Defendant") (together, the "Parties") hereby agree, stipulate and respectfully request that this Honorable Court continue the Settlement Conference, in the above-entitled action (presently set for March 4, 2015 at 11:00 AM) to a new date in April 2015.

    The Settlement Conference is presently set for March 4, 2015 at 11:00 AM. Plaintiff and her

1

TUCKWELL - JOINT CASE MANAGEMENT CONFERENCE STATEMENT

counsel have a calendaring conflict on March 4, 2015. Specifically, Plaintiff will be out of town on March 4, 2015 and Plaintiff's counsel has a mediation scheduled for that same day. Defendant's counsel also has a scheduling conflict for the alternative Settlement Conference date of March 20, 2015, as he will be in trial all that week. The Parties have stipulated to extending the deadline to complete the Settlement Conference for the above referenced matter, which Judge Phyllis Hamilton has granted.

WHEREFORE, IT IS HEREBY STIPULATED BY AND RESPECTFULLY REQUESTED BY THE PARTIES that the Court reschedules the Settlement Conference to a new date of April 20, 2015.

Respectfully submitted,

DATED: 2/27/15

DENISE EATON MAY
Attorney for Plaintiff
Elizabeth Tuckwell

DATED: 2/27/15

WILLIAM MCMAHON
Deputy Attorney General of California
Attorney for Defendant

**ORDER**

It is hereby ordered that the Settlement Conference in Case No. 14-CV-04529-PJH is hereby continued from March 4, 2015 at 11:00 AM to a new date of April 20, 2015 at 10:00 AM. Settlement conference statements must be lodged on or before April 13, 2015.

**IT IS SO ORDERED**

Dated : 3/3/15

_____
Honorable Kandis A. Westmore

---

3
TUCKWELL - JOINT CASE MANAGEMENT CONFERENCE STATEMENT