UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ELIZABETH TUCKWELL,

    Plaintiff,

    v.

CALIFORNIA DEPARTMENT OF SOCIAL SERVICES,

    Defendant.
_____/

No. C 14-4529 PJH

**ORDER REMANDING CASE**

    The court having granted plaintiff's motion to amend the complaint, and plaintiff having filed a first amended complaint eliminating the federal claims that provided the basis for the removal of this action, the court declines to exercise supplemental jurisdiction over the remaining claims.  The court finds that considerations of judicial economy, convenience, fairness and comity warrant remand of the case to the Superior Court of California, County of Alameda.

**IT IS SO ORDERED.**

Dated: May 1, 2015

_____
PHYLLIS J. HAMILTON
United States District Judge